IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL DONOVAN,

      Petitioner,

v.

      Case No. 5D22-2747
      LT Case No. 05-2007-MH-19713

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed December 16, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jeanine Cohen, of Jeanine Cohen, P.A.,
Wesley Chapel, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 5, 2022 annual review order, ordering Petitioner to remain in the custody of the Department of Children and Families, rendered in Case No.

05-2007-MH-19713, in the Circuit Court in and for Brevard County, Florida.

See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.